AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAY M. CARTER

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV206-179

JOSE VAZQUEZ, WARDEN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the order of this Court dated February 1, 2007, which adopted the Report and Recommendation of the United States Magistrate Judge, the petition for writ of habeas corpus, filed pursuant to 28 U.S.C. Sec. 2241, is dismissed.

| 2/1/2007 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03