IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAY M. CARTER,

    Petitioner,

vs.

                         CIVIL ACTION NO.: CV206-179

JOSE VAZQUEZ, Warden,

    Respondent.

## ORDER

Petitioner Jay Carter ("Carter") filed a Motion for Reconsideration of the undersigned's Order dated[1] February 1, 2007, adopting the Magistrate Judge's Report recommending that Carter's petition for writ of habeas corpus be denied. Respondent filed a Response to Carter's Motion. Upon review, Carter's Motion for Reconsideration (Doc. No. 13) is **DENIED**. The Order dated February 1, 2007, remains the Order of the Court.

SO ORDERED, this ___ day of ____March____, 2007.

                                         JUDGE, UNITED STATES DISTRICT COURT
                                         SOUTHERN DISTRICT OF GEORGIA

---

[1] The Order adopting the Magistrate Judge's Report and Recommendation was inadvertently dated January 21, 2007; however, the correct date for the Order is February 1, 2007, the date the Order was filed.

AO 72A
(Rev. 8/82)